STATE of Missouri, Plaintiff/Respondent,

v.

Gerald RIEFLE, Defendant/Appellant.

No. 63212.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 1, 1994.

Donald V. Nangle, Muegler & Niesen, Clayton, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by the trial court for possession of a controlled substance, § 195.202 RSMo Supp.1992. He was sentenced as a persistent drug offender to ten years' imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

■

STATE of Missouri, Plaintiff/Respondent,

v.

Victor SMITH, Defendant/Appellant.

No. 63221.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 1, 1994.

Robert E. Steele, Asst. Public Defender, St. Louis, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury for attempted stealing, § 564.011, RSMo 1986. The trial court sentenced him to seven years' imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).